**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.   **26-mj-6285-PAB**

**UNITED STATES OF AMERICA**

**v.**

**MIGUI LI and ZIYU ZHAO,**

        **Defendants.**
_____/

FILED BY_____SM_____D.C.

May 21, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   No

3. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

5. Did this matter involve the participation of or consultation with Magistrate Judge Yeney Hernandez during her tenure at the U.S. Attorney's Office, which concluded on or about April 1, 2026?   No

        Respectfully submitted,

        JASON A. REDING QUIÑONES
        UNITED STATES ATTORNEY

By:   */s/ Eli S. Rubin*
        Eli S. Rubin
        Assistant United States Attorney
        Court ID No. A5502535
        99 N.E. 4th Street, Miami, Florida 33132
        (305) 961-9247, Eli.Rubin@usdoj.gov

AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   26-mj-6285-PAB |
| MIGUI LI and ZIYU ZHAO, | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

FILED BY_____SM_____D.C.

*May 21, 2026*

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

### CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____January 2026 through May 2026_____ in the counties of _Broward and Miami-Dade_ in the
_____Southern_____ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1349 | Conspiracy to Commit Mail and Wire Fraud |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Seth Hall, HSI SA
_____
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by

Date:      05/21/2026

_____
*Judge's signature*

City and state:          Fort Lauderdale, Florida          Hon. Panayotta Augustin-Birch, U.S. Magistrate Judge
_____
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Seth Hall, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I am a Special Agent for Homeland Security Investigations ("HSI") currently assigned to the Cyber, Technology, and Special Victims Division of the office of the Special Agent in Charge Miami. I have been a Special Agent with HSI since 2020.  As a Special Agent, I am experienced in conducting criminal investigations involving cybercrime, financial fraud, wire fraud, money laundering, narcotics, smuggling, and related offenses.  I have received training in conducting investigations of cyber and financial crimes, which include fraud detection and related statutes. I have participated in numerous investigations involving these violations and I am familiar with the practices of persons accused of such crimes.  As a result of my experience and studies in financial crimes and fraud detection, I am familiar with the strategies, methods and techniques of fraudsters.

2.      Based on the facts set forth in this Affidavit, I respectfully submit that there is probable cause to believe that Migui Li ("LI") and Ziyu Zhao ("ZHAO") violated Title 18, United States Code, Section 1349 (Conspiracy to Commit Wire and Mail Fraud).

3.      The information contained in this affidavit is based upon my personal knowledge, my review of documents and records as described below, my training and experience, as well as information provided to me by other Special Agents and law enforcement personnel during the course of this investigation.  This affidavit is intended to show simply that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4.     As described below, the investigation has uncovered a fraud scheme in which members of a transnational criminal organization ("TCO"), including LI and ZHAO, purchase high value electronics, such as iPads, at Target Corporation ("Target") retail stores using fraudulently obtained gift cards.   The electronics are then sent overseas, including to China.

5.     The investigation has identified a group of Chinese nationals, including LI, ZHAO, and others, to be operating in the Southeast United States ("U.S.").   LI and ZHAO appear to be one cell of the larger, nationwide TCO.   The investigation has revealed evidence showing the TCO group members work collectively in furtherance of the fraud scheme.

## PROBABLE CAUSE

### *Overview*

6.     Target informed law enforcement of a post-purchase markdown ("PPMD") fraud scheme impacting Target retail stores across the country.   Since approximately 2022, Target has attributed losses of approximately $4.6 million to the scheme.

7.     The PPMD scheme works like this:   Members of the TCO employed a social engineering tactic where they would purchase high-value electronics at actual, retail price.   The defendants would then manipulate the Hyper Text Markup Language ("HTML") code of Target's retail website, Target.com, to make the same item they purchased appear to be for sale at a significant discount.   It is believed the manipulated HTML code only affects the advertised price of the merchandise on the web browser of the specific device used to manipulate the code; the manipulation does not enable a user to in fact purchase the item for the reduced price.   The TCO members would then approach a service desk, carrying the items recently purchased at actual retail price; display the browser on their mobile phone with the manipulated price; and request a price adjustment for the recently purchased merchandise.   If successful in their social engineering

attempt, the defendants would receive from the customer service associate gift cards for the difference between the purchase price and the manipulated price[1].

8.      The TCO members would then leave the store with the merchandise and gift cards and proceed to another Target retail store and repeat the process by purchasing new merchandise with gift cards obtained from the previous PPMD transactions.   The TCO members continue this cycle and continue to reinvest the illicit proceeds from the previous transactions.

9.      Since at least January 2026, information provided by Target identified six TCO members operating in the Southeast U.S. to be responsible for more than $341,052 worth of fraudulent price markdowns.   Based on a review of Target in-store surveillance video that captured the PPMD transactions, defendant LI personally executed transactions that defrauded Target out of at least $37,725 and defendant ZHAO personally defrauded Target out of at least $56,330.   The most recent transactions involving the defendants was May 19 and/or May 20, 2026.

### Defendant Identification

10.      Target surveillance footage has captured both LI and ZHAO engaging in the fraudulent PPMD transactions.

---

[1] Target gift cards are issued in the store using physical cards.   The value is added to the cards using Target's network.   Target's servers are located in Minneapolis, Minnesota.

As of July 2025, Target's website stated, "We'll match the price if you buy a qualifying item at Target and then find the identical item for less at Target.com, in Target stores or with a Target Circle™ deal (deals that apply automatically upon identifying yourself as a Target Circle member). Price matches may be requested at time of purchase or within 14 days after purchase."

11.     Review of Target records identified at least three rental vehicles used by the TCO members during PPMD transactions at various Target stores across the Southeast U.S. in January 2026, including a white Hyundai Sonata with Maryland license plate 3GD7534.

12.     Record checks for the white Hyundai Sonata show it is registered to Avis Budget Group ("Avis").  Avis provided records for the rental.  The rental agreement listed LI as the authorized user of the vehicle.

13.     Checks of law enforcement databases show LI is a Chinese citizen.  He was apprehended by USBP while attempting to illegally enter the U.S. near San Diego, California, on or about September 22, 2023.   Images of LI from this event appear to match images from Target surveillance video of LI engaged in PPMD transactions.

14.     At the time of LI's apprehension by USBP, he provided phone number 917-365-6788 and address 2 Booth Lane, Levittown, New York, 11756.  Record checks for this address identified multiple Chinese nationals, including ZHAO.   ZHAO is also seen in Target surveillance with LI and engaging in PPMD transactions.  ZHAO was also apprehended by USBP while attempting to illegally enter the U.S.

15.     In addition, as described below, law enforcement surveilled and approached the defendants on May 20, 2026.  The defendants were seen driving a rental car rented by LI that contained electronics they were shipping to Hong Kong.  The defendants provided law enforcement with New York driver's licenses that confirmed their identities.  The defendants executed *Miranda* waivers and spoke with law enforcement.  LI admitted that he was paid to purchase electronics in the U.S. with gift cards provided to him by others on the Chinese application wechat and shipped those electronics to China.  ZHAO was more forthcoming and

4

admitted that, in addition to being paid for purchasing and shipping electronics, she was instructed how to change the price of the items and obtain a gift card.

### *Examples of PPMD Transactions*

<u>January 2026 Transactions</u>

16. On or about January 15, 2026, Target identified members of the TCO making purchases in central Florida. The electronics purchased were then used to initiate fraudulent PPMD activity that continued into the Southern District of Florida, Texas, Louisiana, Georgia, Alabama, North Carolina, South Carolina, and Virginia.

17. For example, Target records show a PPMD transaction, attributed to ZHAO through a review of surveillance video, that occurred on January 21, 2026. In this transaction, first memorialized by purchase receipt 6021-2188-0113-6458, ZHAO purchased an Apple iPad for a total of $1,199.99, at Target store T2188 located at 3401 N Miami, Avenue, Miami, FL 33127. That same day, ZHAO used a manipulated web page to initiate a PPMD that resulted in Target adjustment receipt 6021-2022-0125-5529 at Target store T2022 located at 5800 S University Dr, Davie, FL 33328. This transaction resulted in a PPMD of $450.99, which Target issued as a gift card.

18. On the same date, Target records showed a PPMD transaction attributed to LI through a review of in-store surveillance video. In this transaction, LI purchased what is believed to be an iPad for $799.99 pursuant to receipt 6021-2848-0111-7758 at Target store T2848 located at 10101 W Flagler St, Miami, FL 33174. Later that day, at Target store T2022 located at 5800 S University Dr, Davie, FL 33328, LI initiated a PPMD that resulted in adjustment receipt 6021-2022-0125-5538 and a PPMD of $550.00 that Target issued as a gift card.

5

Sourcing Certain Gift Cards

19.     In January 2026, LI and ZHAO are captured in Target surveillance footage with four additional co-conspirators who engage in the same PPMD fraud scheme.

20.     On or about February 24, 2026, Target surveillance captured those four co-conspirators, whose identities are known to law enforcement, perpetrating the PPMD scheme.

21.     Target records show the TCO purchased 21 Apple iPads on February 24, 2026, and paid for each of them using a total of 111 gift cards.   Of those 111 gift cards, one was purchased on Target.com; four originated from merchandise returns; 21 were purchased in-store at various Target retail locations across the country; 26 originated from previous PPMD transactions; and 59 were purchased from online, gift card retailers.[2]

22.     Law enforcement reviewed Target records for the 21 gift cards purchased in-store. The records show the gift cards were purchased in multiple states across the U.S. on the same date they were used by the members of the TCO to purchase the iPads in the South Florida stores.

23.     In one example, on February 24, 2026, at 11:02 AM, an older female, depicted in the below surveillance footage, purchased three Target gift cards in store number T0660 located at 16964 Slover Ave, Fontana, CA 92337. The gift cards, numbered 041817044880746, 041817117386993, and 041817040855015, were each valued at $340.00 for a total of $1,020.00.

---

[2] Thirty-two gift cards were purchased via Blackhawk Network, a global financial technology company specializing in prepaid, gift card, and incentive solutions. Blackhawk Network offers comprehensive digital and physical gift card management, rewards programs, and payment solutions.  Twenty-seven cards were purchased from InComm Payments, an issuer of a wide range of prepaid, retail, restaurant, and gaming gift cards, including Visa and Mastercard products.



24.     The three gift cards she purchased were then used by TCO members later the same date in a purchase that generated Target receipt number 6055-2427-0111-3144.  At least one of the iPads purchased using these gift cards was later used to initiate a fraudulent PPMD, receipt number 6055-2022-0124-8294, at Target store T2022 in Davie, Florida, later the same evening.

25.     Based on my training and experience, the pattern of the 21 gift cards purchased in stores across the U.S. that are then sent to the TCO members for immediate use the same day, demonstrates a sophisticated scheme to defraud unsuspecting victims to generate proceeds to be used in the fraud scheme detailed in this affidavit.

<u>Events of May 19 and May 20, 2026</u>

26.     Based on a review of store surveillance footage, Target notified law enforcement that LI and ZHAO had returned to Target stores in the Southern District of Florida.

27.     On or about May 19 and May 20, 2026, both LI and ZHAO resumed engaging in fraudulent purchases of electronics.

28.     According to Target records and surveillance footage, on or about May 19 and/or May 20, ZHAO engaged in over $3,000 in PPMD transactions.

29.     Surveillance by law enforcement of LI and ZHAO began in the afternoon on or about May 20, 2026.   Law enforcement observed LI place two parcels in the trunk of their vehicle.

30.     Law enforcement surveilled the defendants leaving a Cambria Hotel in or around Dania Beach, Florida.

31.     Law enforcement surveilled the defendant drive near a Federal Express in or near Hollywood, Florida.   Law enforcement surveilled LI remove two parcels from the trunk of the vehicle.

32.     Through the windows of the vehicle, law enforcement observed Target shopping bags with additional merchandise.

33.     LI carried the packages out of the car and into Federal Express, where he left them for shipment.

34.     Immediately thereafter, law enforcement entered Federal Express and spoke with an employee.   The employee stated that LI dropped off two parcels for overseas shipment.   The packages had already been addressed with Federal Express shipping labels.   Specifically, the boxes were addressed to "YANG HONG KONG XINDA TELECOM LIMITEDUNIT UNIT 1220, 12/F, NO.1 HUNG TO RD KWUN TONG, KOWLOON, HK HONG KONG HK 999077."

35.     Interestingly, although sent from Hollywood, Florida, the listed sender on the packages was "WANGDA 736 8TH AVE BROOKLYN, NY 11215 US[.]"

36.     Law enforcement approached LI and ZHAO.   Law enforcement utilized a Mandarin-speaking Special Agent and a telephonic translation service.   LI and ZHAO executed *Miranda* waivers and consented to a search of the parcels, which contained packaged electronics, including Polaroid cameras, film, Nintendo Switches, and other items.

37.     LI confirmed to law enforcement that he was paid to purchase electronics in the

U.S. and ship them to China via Hong Kong.   He was instructed to purchase different items and was paid per item.   He utilized the Chinese application wechat, where he received the gift card serial numbers he utilized.   When asked about changing the advertised price of certain items, he either claimed he didn't understand the question or refused to answer.

38.     ZHAO was more forthcoming.   She confirmed that she was paid to purchase electronics and ship them.   She further provided that she changed the advertised price of certain items and received gift cards as a result.   She described for law enforcement the use of another Chinese application that helped her.

39.     Search warrants for the defendants phones are forthcoming.

## **CONCLUSION**

40.     Based on the foregoing, I respectfully submit there is probable cause to believe that LI and ZHAO knowingly and unlawfully engaged in conspiracy to commit wire and mail fraud, in violation of Title 18, United States Code, Section 1349.

**FURTHER YOUR AFFIANT SAYETH NAUGHT**

Respectfully submitted,

Seth Hall, Special Agent
Homeland Security Investigations

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Facetime on this __21st__ day of May, 2026, in Miami, Florida.

THE HONORABLE PANAYOTTA AUGUSTIN-BIRCH
UNITED STATES MAGISTRATE JUDGE